**ADDENDUM TO ANNEX "C" (BUDGET)**

**ACCOUNTS / REPORTING**

(a)    The Manager will maintain accounts and records for all transactions carried out on behalf of the Owner in accordance with the Agreement , and such accounts and records of financial nature shall be open to inspection and audit by the Owner or suitably qualified accountants at such reasonable times as may be mutually agreed, save that no audit may be requested later than 1 -- year -- after the end of each financial year of the Manager ( 2 years in case of ongoing litigation);

(b)    The Manager shall provide the Owner with its standard financial services and reports in accordance with the Manager's usual practices and consisting as follows:

    (i)     Annual budgeting

    (ii)    Quaterly budget follow-up reports

    (iii)   Annual reporting

    (iv)    Monthly statements of operating costs to be provided to the Owner by the end of the month following the month to which they relate

    (v)     Monthly invoices for the forthcoming month for budget advance funds ( not more than 1/12 of the Budget amount) as well as any mutually agreed extra costs, confirmed by owners.and monthly portion of management fee.  Apart from initial payment which should include a $200,000 buffer reserve and which should be maintained.

    Together with such other financial statements and reports as the Owner may from time to time reasonably require.

(c)    The Manager will report semi-yearly -in respect of the Vessel's technical and operational performance, and shall provide such other reports relating to the condition of the Vessel and its performance as the Owner may reasonably request from time to time. In case of accidental and other substantial repairs the Manager has to report to the Owner at once and agree the scope and cost of the repairs needed as well as payment procedures. It is understood by both parties to this agreement that the Owners will remit funds to the Managers which have been agreed and confirmed by the Owners in advance.  Whatsoever amount of repair works is estimated  the Manager will consult with the Owner before placing  orders.

(d)    The Owner is regularly invited by the Manager to attend the Manager's meetings and ships to be aware of all matters of technical/maritime nature and the ships current condition.

(e)    The Manager's Budget draft has to be approved by the Owner latest one month before the commencement of the budget year.

**ANNEX "D" (ASSOCIATED VESSELS) TO**
**THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)**
**STANDARD SHIP MANAGEMENT AGREEMENT - CODE NAME: "SHIPMAN 98"**

**NOTE: PARTIES SHOULD BE AWARE THAT BY COMPLETING THIS ANNEX "D"**
**THEY WILL BE SUBJECT TO THE PROVISIONS OF SUB-CLAUSE 18.1(I) OF THIS**
**AGREEMENT.**

Date of Agreement:
**01/01/06**
Details of Associated Vessels:
**MT Monte Rosso**
**Built 1987 by Santierul Naval Constanta**
**Dwt: 88,850 MT**
**IMO Nr: 8513625**

**MT Simphony M**
**Built 1983 by Asakava Ship Building Japan**
**Dwt: 10,885 MT**
**IMO Nr: 8216681**

# EXHIBIT 4



147/1 St. Lucia Street, Valletta - VLT 04, Malta

May 30, 2006

## TO WHOM IT MAY CONCERN

Dear Sirs,

We hereby confirm that Kiparis Inc., a company duly registered and existing under the laws of the Republic of Panama, having its registered offices at No. 8 Aquilino de la Guardia Street, City of Panama, Republic of Panama, is authorized to act as commercial operator of Solana Shipping Ltd. and is also authorized to handle all commercial operations, including management of money, issuance of invoices and other related issues.

Yours sincerely,
SOLANA SHIPPING LTD.

John A. Gauci-Maistre
Director

# EXHIBIT 5

**BANK**

MHNYMA SWIFT

ΑΡΙΘΜΟΣ ΑΝΑΦΟΡΑΣ: ████████████            GL_GR 286

0964 ΚΕΝΤΡΟ ΚΑΤΑΣΤΗΜΑΤΩΝ 2                     ΑΜΥΝΗΜ ΙΞΧ9ΑΠΥ ΝΞΔ        ΒΛΕΞ
Αρ. Εντολής: ████████████    Α/Α 99201        Κ.Ε. 612
Ημερομηνία 11/07/2006    Ωρα 07:55    Είδος Μηνύματος: SWIFT    Κατ.Προορ. 0964

### *** I N C O M I N G  M E S S A G E ***
-----------------------Message Header-----------------------
Swift  Input    :FIN  103  Single Customer Credit Transfer
Sender           :BPPBCHGGXXX BNP PARIBAS (SUISSE) SA            GL 146
                 :           GENEVA
Receiver         :CRBAGRAAXXX ALPHA BANK AE
                 :           ATHENS
-----------------------Message Text-----------------------
  20:  Transaction Reference Number
       ████████████
  23B: Bank Operation Code Identification of the Option
       CRED
  32A: Date, Currency Code and Amount
       10/07/2006 USD #245.428,57#
  33B: Currency/Instructed Amount                    CH
       USD                                           +01
       245428.57
  50K: Ordering Customer
       KIPARIS INC.CALLE AQUILINO DE LA GU
       ARDIA 8PANAMA//PA
  53A: Sender's Correspondent (ISO Bank Identifier Code)
       ████████████
  54A: Receiver's Correspondent (ISO Bank Identifier Code)
       ████████████
  57B: Account With Institution (Branch)
       /BRANCH 253
  59:  Beneficiary Customer                    10k.
       ████████████
       PALOMAR MARITIME INC.
  70:  Details of Payment
       MT MONTE ROSSO INV.DD 06.07.06RUNNI
       NG EXP.05.07 05.08.06
  71A: Details of Charges
       SHA
       --------------------------End of Message-----------
AO

        20060711949011Ξ172            20060711964055Ξ018.

Σελίδα 1 από 1

Οι προμήθειες της Τραπέζης απαλλάσσονται από Φ.Π.Α. άρθ. 22 Ν.2859/2000
ALPHA ΤΡΑΠΕΖΑ Α.Ε., ΣΤΑΔΙΟΥ 40, 102 52 ΑΘΗΝΑΙ - Α.Φ.Μ.: 094014249, Δ.Ο.Υ.: ΦΑΕΕ ΑΘΗΝΩΝ - ΑΜΑΕ: 6068/06/Β/86/05

2/3

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT :████████████
       GENEVE CH

TO   : KIPARIS INC
       ... ...

DATE : 10/11/2006
REF  :████████████


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB. ████████████████████
(21 ) RELATED REF. ████████████████
(79 ) NARRATIVE
KIPARIS INC.
CALLE AQUILINO DE LA GUARDIA 8
.....
.....
.....
FOR INFORMATION ONLY
WE HAVE REMITTED
INSTRUCTING PARTY
             KIPARIS INC.
             CALLE AQUILINO DE LA GUARDIA 8
             PANAMA//PA
VALUE DATE, CURR., AMOUNT
             061110 USD 12151,
BENEFICIARY
      ████████████████████████
             MASTER MARITIME AGENCIES CO
ACCOUNT WITH INSTITUTION
             TURKIYE GARANTI BANKASI A.S.
             GENEL MUDURLUK: 63, BUYUKDERE CADDE
             SI
             ISTANBUL TURKEY
             TGBATRISXXX
DETAILS OF PAYMENT
             MT MONTE ROSSO, CP 27.09.06 NORTH B
             OUND PASSAGE
DETAILS OF CHARGES
             SHA
SENDER' S CORRESPONDENT
             BNP PARIBAS U.S.A - NEW YORK BRANCH
             FLOOR 4: 919, 3 RD AVENUE
             NEW YORK UNITED STATES
RECEIVER' S CORRESPONDENT
             BANK OF NEW YORK
             FLOOR 5: 1290, AVENUE OF AMERICAS
             NEW YORK UNITED STATES
(-) END OF MESSAGE
BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT :███████████████
       GENEVE CH

TO    : KIPARIS INC

      ... ...

DATE : 22/08/2006
REF  :██████████████████


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.    ████████████████████████
(21 ) RELATED REF.            ███████████████████
(79 ) NARRATIVE
 KIPARIS INC.
 CALLE AQUILINO DE LA GUARDIA 8
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
             KIPARIS INC.
             CALLE AQUILINO DE LA GUARDIA 8
             PANAMA//PA
 VALUE DATE, CURR., AMOUNT
             060822 USD 12101,
 BENEFICIARY
             /TR590006200040000009082379
             MASTER MARITIME AGENCIES CO
 ACCOUNT WITH INSTITUTION
             TURKIYE GARANTI BANKASI A.S.
             GENEL MUDURLUK: 63, BUYUKDERE CADDE
             SI
             ISTANBUL TURKEY
             TGBATRISXXX
 DETAILS OF PAYMENT
             MT MONTE ROSSO, NORTH BOUND PASSAGE
             ,C/P 16.08.06
 DETAILS OF CHARGES
             SHA
 SENDER' S CORRESPONDENT
             BNP PARIBAS U.S.A - NEW YORK BRANCH
             FLOOR 4: 919, 3 RD AVENUE
             NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
             BANK OF NEW YORK
             FLOOR 5: 1290, AVENUE OF AMERICAS
             NEW YORK UNITED STATES
 (-) END OF MESSAGE
 BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX  : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
       GENEVE CH

TO    : KIPARIS INC
        ... ...

DATE : 08/09/2006
REF  : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.   ▮▮▮▮▮▮▮▮▮▮▮▮
(21 ) RELATED REF.           ▮▮▮▮▮▮▮▮▮▮▮▮
(79 ) NARRATIVE
KIPARIS INC.
CALLE AQUILINO DE LA GUARDIA 8
.....
.....
.....
FOR INFORMATION ONLY
WE HAVE REMITTED
INSTRUCTING PARTY
              KIPARIS INC.
              CALLE AQUILINO DE LA GUARDIA 8
              PANAMA//PA
VALUE DATE, CURR., AMOUNT
              060908 USD 245428,57
BENEFICIARY
              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
              PALOMAR MARITIME INC.
ACCOUNT WITH INSTITUTION
              ALPHA BANK AE
              10, PESMAZOGLOU
              ATHENS GREECE
              CRBAGRAAXXX
DETAILS OF PAYMENT
              MT MONTE ROSSO INV. DD 05.09.06
              RUNNING EXP. 05.09-05.10.06
DETAILS OF CHARGES
              SHA
SENDER' S CORRESPONDENT
              JPMORGAN CHASE BANK, N.A.
              4 NEW YORK PLAZA, FLOOR 15
              NEW YORK UNITED STATES
(-) END OF MESSAGE
BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT :▓▓▓▓▓▓▓▓▓▓▓▓
       GENEVE CH


TO    : KIPARIS INC
        ... ...


DATE : 22/09/2006
REF  :▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(21 ) RELATED REF.        ▓▓▓▓▓▓▓▓▓▓▓▓
(79 ) NARRATIVE
 KIPARIS INC.
 CALLE AQUILINO DE LA GUARDIA 8
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
              KIPARIS INC.
              CALLE AQUILINO DE LA GUARDIA 8
              PANAMA//PA
 VALUE DATE, CURR., AMOUNT
              060922 USD 15383,66
 BENEFICIARY
              ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
              JSC MARITIME AGENCY NOVOTORIK
              INN 2304031438
 ACCOUNT WITH INSTITUTION
              OJSC BANK 'PETROCOMMERCE'
              NOVOROSSIYSK RUSSIAN FEDERATIO
              PTRBRUMM012
 DETAILS OF PAYMENT
              MT MONTE ROSSO BALANCE FOR D/A NO.
              509/1433
 DETAILS OF CHARGES
              SHA
 SENDER' S CORRESPONDENT
              BNP PARIBAS U.S.A - NEW YORK BRANCH
              FLOOR 4: 919, 3 RD AVENUE
              NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
              BANK OF NEW YORK
              FLOOR 5: 1290, AVENUE OF AMERICAS
              NEW YORK UNITED STATES
 THIRD INST. REMB.
 (-) END OF MESSAGE
 BNP PARIBAS (SUISSE) SA
```

# EXHIBIT 6

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT : ████████████
       GENEVE CH

TO    : BALEHILL TRADING SA
        ...  ...

DATE : 06/10/2006
REF  : ████████████████


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.    ████████████████
(21 ) RELATED REF.
(79 ) NARRATIVE
 BALEHILL TRADING S.A.
 AKARA BLDG, 24 DE CASTRO STR.
 WICKHAMS CAY I,
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
               BALEHILL TRADING S.A.
               AKARA BLDG, 24 DE CASTRO STR.
               WICKHAMS CAY I,
               TORTOLA - ROAD TOWN//VG
 VALUE DATE, CURR., AMOUNT
               061006 USD 10557,
 BENEFICIARY
               ████████████████████████████
               MASTER MARITIME AGENCIES CO
 ACCOUNT WITH INSTITUTION
               TURKIYE GARANTI BANKASI A.S.
               GENEL MUDURLUK: 63, BUYUKDERE CADDE
               SI
               ISTANBUL TURKEY
               TGBATRISXXX
 DETAILS OF PAYMENT
               MONTE VERDE YUZHNY 14-15.10.06 NORT
               H BOUND PASSAGE
 DETAILS OF CHARGES
               SHA
 SENDER' S CORRESPONDENT
               BNP PARIBAS U.S.A - NEW YORK BRANCH
               FLOOR 4: 919, 3 RD AVENUE
               NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
               BANK OF NEW YORK
(-) END OF MESSAGE
BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT : ███████████
       GENEVE CH


TO   : BALEHILL TRADING SA
       ... ...


DATE : 26/09/2006
REF  : ███████████████


=========== PDE : POSSIBLE DUPLICATE ============


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.   ███████████████
(21 ) RELATED REF.           ███████████████
(79 ) NARRATIVE
 BALEHILL TRADING S.A.
 AKARA BLDG, 24 DE CASTRO STR.
 WICKHAMS CAY I,
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
             BALEHILL TRADING S.A.
             AKARA BLDG, 24 DE CASTRO STR.
             WICKHAMS CAY I,
             TORTOLA - ROAD TOWN//VG
 VALUE DATE, CURR., AMOUNT
             060926 USD 191000,
 BENEFICIARY
             ███████████████████
             PALOMAR MARITIME INC.
 ACCOUNT WITH INSTITUTION
             ALPHA BANK AE
             10, PESMAZOGLOU
             ATHENS GREECE
             CRBAGRAAXXX
 DETAILS OF PAYMENT
             M/T MONTE VERDE WORKING CAPITAL
             INV. DD 22.09.2006
 DETAILS OF CHARGES
             SHA
 SENDER' S CORRESPONDENT
             BNP PARIBAS U.S.A - NEW YORK BRANCH
             FLOOR 4: 919, 3 RD AVENUE
             NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
             DEUTSCHE BANK TRUST COMPANY AMERICA
             S
(-) END OF MESSAGE
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX  : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT : ▓▓▓▓▓▓▓▓▓▓▓
       GENEVE CH

TO   : BALEHILL TRADING SA
       ... ...

DATE : 29/08/2006
REF  : ▓▓▓▓▓▓▓▓▓▓▓▓▓

MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.        ▓▓▓▓▓▓▓▓▓▓▓▓
(21 ) RELATED REF.                ▓▓▓▓▓▓▓▓▓▓▓
(79 ) NARRATIVE
 BALEHILL TRADING S.A.
 AKARA BLDG, 24 DE CASTRO STR.
 WICKHAMS CAY I,
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
              BALEHILL TRADING S.A.
              AKARA BLDG, 24 DE CASTRO STR.
              WICKHAMS CAY I,
              TORTOLA - ROAD TOWN//VG
 VALUE DATE, CURR., AMOUNT
              060829 USD 10557,
 BENEFICIARY
              ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
              MASTER MARITIME AGENCIES CO
 ACCOUNT WITH INSTITUTION
              TURKIYE GARANTI BANKASI A.S.
              GENEL MUDURLUK: 63, BUYUKDERE CADDE
              SI
              ISTANBUL TURKEY
              TGBATRISXXX
 DETAILS OF PAYMENT
              MONTE VERDE C/P 23.08.06 NORTH
              BOUND PASSAGE
 DETAILS OF CHARGES
              SHA
 SENDER' S CORRESPONDENT
              BNP PARIBAS U.S.A - NEW YORK BRANCH
              FLOOR 4: 919, 3 RD AVENUE
              NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
              BANK OF NEW YORK
 (-) END OF MESSAGE
BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : ▮▮▮▮▮▮▮▮▮▮▮▮
       SWIFT : BPPBCHGGXXX
       GENEVE CH

TO    : BALEHILL TRADING SA
        ... ...

DATE : 22/08/2006
REF  : ▮▮▮▮▮▮▮▮▮▮▮9


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.          ▮▮▮▮▮▮▮▮▮▮▮
(21 ) RELATED REF.                  ▮▮▮▮▮▮▮▮▮▮▮
(79 ) NARRATIVE
 BALEHILL TRADING S.A.
 AKARA BLDG, 24 DE CASTRO STR.
 WICKHAMS CAY I,
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
             BALEHILL TRADING S.A.
             AKARA BLDG, 24 DE CASTRO STR.
             WICKHAMS CAY I,
             TORTOLA - ROAD TOWN//VG
 VALUE DATE, CURR., AMOUNT
             060822 USD 10557,
 BENEFICIARY
             ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
             MASTER MARITIME AGENCIES CO
 ACCOUNT WITH INSTITUTION
             TURKIYE GARANTI BANKASI A.S.
             GENEL MUDURLUK: 63, BUYUKDERE CADDE
             SI
             ISTANBUL TURKEY
             TGBATRISXXX
 DETAILS OF PAYMENT
             MONTE VERDE C/P 14.08.06 SOUTH BOUN
             D PASSAGE
 DETAILS OF CHARGES
             SHA
 SENDER' S CORRESPONDENT
             BNP PARIBAS U.S.A - NEW YORK BRANCH
             FLOOR 4: 919, 3 RD AVENUE
             NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
             BANK OF NEW YORK
 (-) END OF MESSAGE
 BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT : ████████████████
       GENEVE CH

TO   : BALEHILL TRADING SA
       ... ...

DATE : 15/08/2006
REF  : ██████████████████


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.        ████████████████████
(21 ) RELATED REF.                ████████████████████
(79 ) NARRATIVE
BALEHILL TRADING S.A.
AKARA BLDG, 24 DE CASTRO STR.
WICKHAMS CAY I,
.....
.....
.....
FOR INFORMATION ONLY
WE HAVE REMITTED
INSTRUCTING PARTY
                BALEHILL TRADING S.A.
                AKARA BLDG, 24 DE CASTRO STR.
                WICKHAMS CAY I,
                TORTOLA - ROAD TOWN//VG
VALUE DATE, CURR., AMOUNT
                060817 EUR 46930,25
BENEFICIARY
                ████████████████████████████
                ROMPETROL LOGISTICS BUCURESTI
                S,A,
ACCOUNT WITH INSTITUTION
                ABN AMRO BANK (ROMANIA) S.A.
                WTCB, 2, 23: 2, BULEVAR EXPOZITIEI
                BUCHAREST ROMANIA
                ABNAROBUXXX
DETAILS OF PAYMENT
                M/T MONTE VERDE  C/P 01.08.06
                D/A AT CONSTANZA
DETAILS OF CHARGES
                SHA
SENDER' S CORRESPONDENT
                BNP-PARIBAS SA (FORMERLY BANQUE NAT
                IONALE DE PARIS S.A.)
                16, BOULEVARD DES ITALIENS
                PARIS FRANCE
RECEIVER' S CORRESPONDENT
(-) END OF MESSAGE
BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT : ████████████
       GENEVE CH


TO   : BALEHILL TRADING SA
       ... ...


DATE : 21/12/2006
REF  : ████████████


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.     ████████████
(21 ) RELATED REF.             ████████████
(79 ) NARRATIVE
 BALEHILL TRADING S.A.
 AKARA BLDG, 24 DE CASTRO STR.
 WICKHAMS CAY I,
 .....
 .....
 .....
 FOR INFORMATION ONLY
 WE HAVE REMITTED
 INSTRUCTING PARTY
               BALEHILL TRADING S.A.
               AKARA BLDG, 24 DE CASTRO STR.
               WICKHAMS CAY I,
               TORTOLA - ROAD TOWN//VG
 VALUE DATE, CURR., AMOUNT
               061221 USD 10557,
 BENEFICIARY
               ████████████████████
               MASTER MARITIME AGENCIES CO
 ACCOUNT WITH INSTITUTION
               TURKIYE GARANTI BANKASI A.S.
               GENEL MUDURLUK:
               63, BUYUKDERE CADDESI
               ISTANBUL TURKEY
               TGBATRISXXX
 DETAILS OF PAYMENT
               MONTE VERDE NORTH BOUND PASSAGE
 DETAILS OF CHARGES
               SHA
 SENDER' S CORRESPONDENT
               BNP PARIBAS U.S.A-NEW YORK BRANCH
               FLOOR 4:
               919, 3RD AVENUE
               NEW YORK UNITED STATES
 RECEIVER' S CORRESPONDENT
               BANK OF NEW YORK
 (-) END OF MESSAGE
 BNP PARIBAS (SUISSE) SA
```

```
FROM : BNP PARIBAS (SUISSE) SA
       FAX  : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT ████████████████
       GENEVE CH


TO   : BALEHILL TRADING SA
       ... ...

DATE : 21/11/2006.
REF  : ███████████████


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.
(21 ) RELATED REF.
(79 ) NARRATIVE
BALEHILL TRADING S.A.
AKARA BLDG, 24 DE CASTRO STR.
WICKHAMS CAY I,
.....
.....
.....
FOR INFORMATION ONLY
WE HAVE REMITTED
INSTRUCTING PARTY
              BALEHILL TRADING S.A.
              AKARA BLDG, 24 DE CASTRO STR.
              WICKHAMS CAY I,
              TORTOLA - ROAD TOWN//VG
VALUE DATE, CURR., AMOUNT
              061121 USD 56988,
BENEFICIARY
              ████████████████████████
              MASTER MARITIME AGENCIES CO
ACCOUNT WITH INSTITUTION
              TURKIYE GARANTI BANKASI A.S.
              GENEL MUDURLUK: 63, BUYUKDERE CADDE
              SI
              ISTANBUL TURKEY
              TGBATRISXXX
DETAILS OF PAYMENT
              MONTE VERDE C/P 03.11.06 P/D SOUTH
              BOUND AND TUPRAS REFINERY
DETAILS OF CHARGES
              SHA
SENDER' S CORRESPONDENT
              BNP PARIBAS U.S.A - NEW YORK BRANCH
              FLOOR 4: 919, 3 RD AVENUE
              NEW YORK UNITED STATES
RECEIVER' S CORRESPONDENT
              BANK OF NEW YORK
(-) END OF MESSAGE
BNP PARIBAS (SUISSE) SA
```

```
                                SRV_IMP_IGVTX051.005234   13/10/06 17:06:46 Page 01
      **************************************************************************
Company: UEB
Message: E999061013630496   Queue: SOFTTX           Nature: SWF    Type : 999
MUR    : TR10000009080645   Unit : TRT              Network: FAX   Prio : N
Created: 13/10/06 17:02:53                          Modif: 1
```

```
Transmitter/Addressee :       Correspondent : 83603
BALEHILL TRADING SA
BALEHILL TRADING SA
...                    ...
```

```
Requested by  : HUGM
------------------------- MT999 : Message Text ----------------------------
FROM : BNP PARIBAS (SUISSE) SA
       FAX   : +41.(0)58.212.22.22
       TELEX : 412100 BNP CH
       SWIFT : BPPBCHGGXXX
       GENEVE CH

TO   : BALEHILL TRADING SA
       ... ...
       FAX 0223197389

DATE : 13/10/2006


MTN99 : FREE FORMAT MESSAGE
(20 ) TRANSACTION REF. NB.
(21 ) RELATED REF.
(79 ) NARRATIVE
BALEHILL TRADING S.A.
AKARA BLDG, 24 DE CASTRO STR.
WICKHAMS CAY I.
.....
.....
.....
FOR INFORMATION ONLY
WE HAVE REMITTED
INSTRUCTING PARTY
                BALEHILL TRADING S.A.
                AKARA BLDG, 24 DE CASTRO STR.
                WICKHAMS CAY I,
                TORTOLA - ROAD TOWN//VG
VALUE DATE, CURR., AMOUNT
                061013 USD 56988,
BENEFICIARY
                MASTER MARITIME AGENCIES CO
ACCOUNT WITH INSTITUTION
                TURKIYE GARANTI BANKASI A.S.
                GENEL MUDURLUK: 63, BUYUKDERE CADDE
                SI
                ISTANBUL TURKEY
                TGBATRISXXX
DETAILS OF PAYMENT
                MONTE VERDE C/P 05.10.06 SOUTH BOUN
                D PASSAGE AND TUPRAS
DETAILS OF CHARGES
```

# EXHIBIT 7



147/1 St. Lucia Street, Valletta - VLT 04, Malta

To:  Palomar Maritime Inc
     Kantharou 1 & Akti Miaouli 75,
     18537
     Athens
     Greece


Fax:  +30 210 4280064


To whom it may concern

Dear Sirs,

Please take notice that with effect from 20ᵗʰ August, 2007
Messrs Spectrum Trading & Shipping (STS) Inc of 31 Novinskiy
Boulevard, Office 8068, Moscow , Russia 123242,  Tel: +7 095 9814788,
Fax: +7 095 9814789, Email: tanker@spect.ru ,  shipping@spect.ru
ceased to act as agents on behalf of Solana Shipping Ltd.
        All further correspondence should be addressed to Solana Shipping
Ltd c/o Joint Tankers, Moscow Representative Office of Joint Tanker
FZCO   Business center of Radisson SAS Slavyanskaya Europe square, 2,
8ᵗʰ Floor, office 817, 818  121059 Moscow – Russia   Tel: (495) 941 89 19
(495) 258 04 27  Fax: (495) 941 89 18  Persons to contact are  Alexander
Strikitsa Mob: +7 926 7832503, Ludmila Shmelkova Mob. +7 926 783
1983  Email: shipping@joinm.net, agents for Solana Shipping Ltd.


Yours faithfully
Solana Shipping Ltd

# ZENON  SHIPPING  LIMITED
## 147/1  St.Lucia Street, Valetta – VLT 04, Malta

To: . Palomar Maritime Inc
Kantharou 1 & Akti Miaouli 75,
18537
Athens
Greece

Fax: +30 210 4280064

To whom it may concern

Dear Sirs,

Please take notice that with effect from 20th August, 2007
Messrs Spectrum Trading & Shipping (STS) Inc of 31 Novinskiy
Boulevard, Office 8068, Moscow , Russia 123242,  Tel: +7 095 9814788,
Fax: +7 095 9814789, Email: tanker@spect.ru ,  shipping@spect.ru
ceased to act as agents on behalf of Zenon Shipping Ltd.
        All further correspondence should be addressed to Zenon Shipping
Ltd c/o Joint Tankers, Moscow Representative Office of Joint Tanker
FZCO   Business center of Radisson SAS Slavyanskaya Europe square, 2,
8th Floor, office 817, 818  121059 Moscow – Russia   Tel: (495) 941 89 19
(495) 258 04 27  Fax: (495) 941 89 18 18   Persons to contact are
Alexander Strikitsa  Mob: +7 926 7832503,  Ludmila Shmelkova Mob.
+7 926 783 1983   Email: shipping@joinm.net, agents for Zenon Shipping
Ltd.

Yours faithfully
Zenon Shipping Ltd

# EXHIBIT 8

# PALOMAR MARITIME INC.

KANTHAROU 1, 185 37 PIRAEUS, GREECE

Tel: +30 210 4283 622-6   Fax: +30 210 4280 064

Emails: Info or Chartering or Accounts or Engineering or Insurance or Operations@PalomarMaritime.com

## LIMANA EQUITIES INC.
### Vessel : SIMPHONY M
FINANCIAL STATEMENT FOR 2006 & 2007

All Amounts are in USD

| | 2006 | 2007 Up to 31/08/2007 | TOTALS |
|---|---|---|---|
| **Receipts from owners** | | | |
| Receipts from owners | -2.200.609,24 | -380.581,53 | -2.581.190,77 |
| Balance due to owners | 0,00 | 837.668,98 | 0,00 |
| **Total** | **-2.200.609,24** | **457.087,45** | **-2.581.190,77** |
| **Others expenses** | | | |
| Exchange differences | 12.773,79 | 1.312,67 | 14.086,46 |
| Bank Charges | 16.068,94 | 1.328,17 | 17.397,11 |
| Sundry expenses | 789,76 | 1.332,66 | 2.122,42 |
| **Total** | **29.632,49** | **3.973,50** | **33.605,99** |
| **Running expenses** | | | |
| Crew wages | 854.746,44 | 187.972,53 | 1.022.718,97 |
| Marine insurances | 43.712,79 | 10.575,78 | 54.288,57 |
| P & I and defense | 82.882,01 | 26.206,97 | 109.088,98 |
| Stores ( Deck, engine, cabin, bonded ) | 319.109,07 | 47.254,10 | 366.363,17 |
| Repairs/Maintenance | 613.457,68 | 119.203,41 | 732.661,09 |
| Crew replacement and other expenses including medical | 75.657,06 | 10.246,79 | 85.903,85 |
| Victualling | 93.945,44 | 5.923,23 | 99.868,67 |
| Flag expenses | 3.956,94 | 6.391,12 | 10.348,06 |
| Spares | 295.255,56 | 116.652,06 | 411.907,62 |
| Radio (telecommunications) | 29.829,02 | 3.290,83 | 33.119,85 |
| General supply expenses | 150.013,27 | 36.064,69 | 186.077,96 |
| Lubricants | 71.442,96 | 5.367,14 | 76.810,10 |
| Management fees | 236.250,00 | 51.974,33 | 288.224,33 |
| VAT | 1.481,33 | 28.011,83 | 29.493,16 |
| **Total** | **2.871.739,57** | **635.134,81** | **3.506.874,38** |
| Voyage expenses | 80.996,42 | 19.214,87 | 100.211,29 |
| Oil pollution deductible ( P & I ) | 5.250,00 | 0,00 | 5.250,00 |
| Previous year expenses | 50.659,74 | 0,00 | 50.659,74 |
| **Total** | **136.906,16** | **19.214,87** | **156.121,03** |
| **Excess of expences over receipts** | | | |
| **Tranerred to Owner's Account** | **-837.668,98** | **-1.115.410,63** | **-1.115.410,63** |

# PALOMAR MARITIME INC.

KANTHAROU 1, 185 37 PIRAEUS, GREECE

Tel: +30 210 4283 622-6   Fax: +30 210 4280 064

Emails: Info *or* Chartering *or* Accounts *or* Engineering *or* Insurance *or* Operations@PalomarMaritime.com

## LIMANA EQUITIES INC.
### Vessel : SIMPHONY M
FINANCIAL STATEMENT FOR 2006 & 2007

All Amounts are in USD

|  | 2006 | 2007<br>Up to 31/08/2007 | TOTALS |
|---|---|---|---|
| **Assets** |  |  |  |
| Fixed assets |  |  |  |
| Balance due to owners | 189.771,08 | -189.771,08 | 0,00 |
| Opening balance |  | -837.668,98 |  |
| Receivables-Claims | 31,98 | -31,98 | 0,00 |
| Inventories | -17.363,22 | 17.363,22 | 0,00 |
| Prepaid expenses | 30.681,53 | -30.681,53 | 0,00 |
|  | 36.059,61 | -36.059,61 | 0,00 |
| Total Assets | 239.180,98 | -1.076.849,96 | 0,00 |
| **Liabilities** |  |  |  |
| Payable - Trade |  | 626.085,80 | -165.164,37 |
| - Managers | -791.250,17 | -654.907,43 | -938.157,34 |
| Other and accrued expenses | -283.249,91 | -9.739,04 | -12.088,92 |
| Total Liabilities | -2.349,88 | -38.560,67 | -1.115.410,63 |
|  | -1.076.849,96 |  |  |
| Net liabilities | -837.668,98 | -1.115.410,63 | -1.115.410,63 |

Represended by:
Balance due to owners of
    M.T. SIMPHONY M        -837.668,98      -1.115.410,63      -1.115.410,63

# EXHIBIT 9

**PRELIMINARY ESTIMATE OF**
**COSTS, FEES AND DISBURSEMENTS**
**IN RE: M/V SIMPHONY M**
**\*\*prepared by English solicitors representing Managers**

| Description of Service, Cost, Fee or Disbursement | Amount in Euros |
|---|---|
| Preparation of written submissions and briefs for arbitral hearings | 25,000.00 |
| Disclosure of documents | 25,000.00 |
| Preparation of witness statements | 50,000.00 |
| Consultation with and preparation of expert reports | 50,000.00 |
| Fees for attendance at hearing and advocate | 150,000.00 |
| Total preliminary estimate: | 300,000.00 |
| | |