454-07/PJG/GMV
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Palomar Maritime Inc.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PALOMAR MARITIME INC.,

    Plaintiff

- against -

LIMANA EQUITIES INC., SOLANA
SHIPPING LTD., ZENON SHIPPING LTD.,
and BALEHILL TRADING S.A.,

    Defendants

**JUDGE COTE**

07 CIV 9723

RULE 7.1 STATEMENT


RECEIVED
NOV 0 2 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    The Plaintiff, PALOMAR MARITIME INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       November 1, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        PALOMAR MARITIME INC.,

       By: _____
              Peter J. Gutowski (PG 2200)
              Gina M. Venezia (GV 1551)
              80 Pine Street
              New York, NY 10005
              Telephone: (212) 425-1900
              Facsimile: (212) 425-1901

NYDOCS1/293008.1