USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
PALOMAR MARITIME, INC.,                 :
                          Plaintiff,    :
                                        :     07 Civ. 9723 (DLC)
            -v-                         :
                                        :         ORDER
LIMANA EQUITIES, INC., SOLANA SHIPPING  :
LTD., ZENON SHIPPING LTD., BALEHILL     :
TRADING S.A.,                           :
                          Defendants.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    By Order dated November 2, 2007, Judge Robert W. Sweet, acting as Part I Judge, issued an Ex Parte Order of Maritime Attachment and Garnishment against defendants. By letter dated November 13, plaintiff Palomar Maritime sought reconsideration of the November 2 Order. Specifically, plaintiff sought to restore to the Order a claim against defendants' paying agent; that claim had been stricken from the proposed Order by Judge Sweet. Plaintiff's request was denied by memo endorsement dated November 19. By letter dated November 30, plaintiff again sought reconsideration of the November 2 Order. Counsel was heard on the application at a conference on December 5.

    "[R]econsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked -- matters, in other words, that might reasonably be expected to alter the conclusion reached by the

court." Shrader v. CSX Trans., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Neither the November 13 nor November 30 letters identify such decisions or data. For these, among other reasons, it is hereby

ORDERED that plaintiff's November 30 request for reconsideration of the November 2 Order is denied.

SO ORDERED.

Dated:   New York, New York
         December 6, 2007

                                             DENISE COTE
                                United States District Judge